**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ROBERT H. COLVIN & DOROTHY Z. COLVIN          Case Number: 04-72575
3112 PARKSIDE AVENUE          SSN-xxx-xx-2274 & xxx-xx-5799
ROCKFORD, IL  61101

Case filed on:     5/13/2004
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,626.63          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 015 | ROBERT H. COLVIN | 0.00 | 0.00 | 20.00 | 0.00 |
| 999 | ROBERT H. COLVIN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 012 | DELRAY CREDIT COUNSELING CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ASPIRE VISA | 2,672.31 | 2,672.31 | 2,672.31 | 0.00 |
| 002 | CBUSA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,844.72 | 2,844.72 | 2,844.72 | 0.00 |
| 004 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 3,393.42 | 3,393.42 | 3,393.42 | 0.00 |
| 007 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 700.87 | 700.87 | 700.87 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 5,553.43 | 5,553.43 | 5,553.43 | 0.00 |
| 010 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SPIEGEL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 2,954.99 | 2,954.99 | 2,954.99 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,673.49 | 1,673.49 | 1,673.49 | 0.00 |
| | Total Unsecured | 19,793.23 | 19,793.23 | 19,793.23 | 0.00 |
| | Grand Total: | 21,157.23 | 21,157.23 | 21,177.23 | 0.00 |

Total Paid Claimant:    $21,177.23
Trustee Allowance:      $1,449.40          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan